MUSIC CENTER S.N.C. DI LUCIANO PISONI & C., LUCIEN S.N.C. DI DANILO PISONI & C., AND ENZO PIZZI, INC., PLAINTIFFS *v.* UNITED STATES, ET AL., DEFENDANT, AND PRESTINI MUSICAL INSTRUMENTS CORP., DEFENDANT-INTERVENOR

Court No. 93-08-00430

(Dated December 2, 1993)

## JUDGMENT

RESTANI, *Judge:* This case having been submitted for decision and the Court, after deliberation, having rendered a decision therein; now, in conformity with that decision,

IT IS HEREBY ORDERED: that this action is dismissed as premature. The court has received no evidence to indicate Commerce is not investigating properly the APO violation changes alleged by plaintiff.